**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

:

Deborah Fitzpatrick,                                           :
                                                               :
                                                               :  Civil Action No.:  2:16-cv-09153-CCC-MF
                                                               :
                                 Plaintiff,                    :
              v.                                               :
                                                               :
                                                               :
Ally Financial, Inc.; and DOES 1-10,                           :
inclusive,                                                     :
                                                               :
                                                               :
                                 Defendants.                   :
_____        :

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed in its entirety with prejudice and without costs to any party.

Deborah Fitzpatrick                              Ally Financial, Inc.


___/s/ Sofia Balile_____                    __/s/ Amanda L. Genovese_____

Sofia Balile, Esq.                               Amanda L. Genovese
NJ Bar No. 01093                                 TROUTMAN SANDERS LLP
LEMBERG LAW                                      875 Third Avenue
43 Danbury Road, 3rd Floor                       New York, New York 10022
Wilton, CT 06897                                 (212) 704-6000
(203) 653-2250                                   Attorney for Defendant
Attorney for Plaintiff


_____        9/11/18

SO ORDERED

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 10, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By_/s/ Sofia Balile_____

Sofia Balile
